## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No. 15-PO-31-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASEN TEAL,

Defendant.

_____

ORDER SETTING TRIAL AND MOTIONS HEARING BEFORE

U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

_____

It is hereby ORDERED that this matter is set for a ½ day Trial to (the Court) beginning on 2/17/2016 AT 1 p.m. before Magistrate Judge Gordon P. Gallagher, in Courtroom 323, 3rd Floor, Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO  81501.

The Provisions of the Local Rules of this Court and of Fed.R.Crim.P. 16  shall be followed by the prosecution and the defense.

It is further ORDERED that any pretrial motions are to be filed with the Clerk of the Court within twenty one (21) days.  Responses are to be filed with the Clerk of the Court within fourteen (14) days.

It is further ORDERED that a Motions Hearing[1] was not set.

_____

[1] A request for a *James* determination shall be made through a jointly filed motion accompanied by a completed chart in conformance with Exhibit A attached hereto. **No hearing will be conducted**. Based upon the joint motion and chart, prior to trial, the Court will issue a written advisory ruling premised upon the assumption that all identified evidence as to the alleged conspiracy is admitted at trial and a proffer of the identified statements pursuant to Fed.R.Evid. 801(d)(2)(E) is made.

It is further ORDERED that twenty one (21) days before trial, the parties shall notify the Magistrate Judge's courtroom deputy, Ms. Patricia Howell, who may be reached at (970) 241-8932 of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic means of evidence presentation.

It is further ORDERED that seven (7) days before the trial, the parties shall file their trial briefs, not to exceed ten (10) pages, with the Clerk of the Court; and the parties shall file with the Clerk of the Court their proposed jury instructions AND shall provide the Court their proposed jury instructions in a hard paper copy AND shall provide an editable copy of the instructions to the magistrate judge's chambers by email in a Word attachment to Gordon_P_Gallagher@cod.uscourts.gov.

3. For trials to the court, counsel shall electronically file with the Court AND provide a copy to the Magistrate Judge emailed as an attachment in Word  format proposed findings of fact and conclusions of law.

It is further ORDERED that each party shall file with the Clerk of the Court and provide the Magistrate Judge with an original and two copies of the following materials at the beginning of the **(court)(jury) trial:

1. Witness list in alphabetical order (form available through the Judicial Officers Procedures link at www.co.uscourts.gov);

2. Exhibit list (form available through the Judicial Officers Procedures link at www.co.uscourts.gov);

a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

b. The parties are to meet and exchange their pre-marked exhibits before the beginning of the trial.

c. The parties are to pre-determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

d. Each party's original trial exhibits shall be used by the witnesses and two copies of the exhibits shall be provided to the magistrate judge;

e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, unless an exhibit is incapable of being placed into a notebook; and,

f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3. A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number is to be cited; if the authority is case law the Court is to be provided with a copy of the case.

4. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial.

5. A list of stipulated exhibits.

6. A list of stipulated facts.

7. A list of any facts of which a party is asking the Court to take judicial notice.

8. A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

9. *Voir Dire* Questions. The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel. Proposed *voir dire* questions shall be filed no later than seven (7) days before trial.

Is further ORDERED that a Notice of Disposition shall be filed with the Clerk of the Court no later than fourteen (14) days before the date set for the trial.

Dated this 17th day of November, 2015 .

BY THE COURT

Gordon P. Gallagher

United States Magistrate Judge